DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

FILED
APR - 4 2014
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
    DAVID DANIEL and SUSAN MARGARET SLOAN

Chapter 13
Case No. 09-1-0138 AJ13

NOTICE OF UNCLAIMED CHAPTER 13 CREDITOR PAYMENTS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed creditor payments in the amount of $1,147.69 as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|---|---|---|
| 26 | HSBC BANK USA AS TR FOR EVERHOME<br>8100 NATIONS WAY<br>JACKSONVILLE,, FL 32256 | $1,147.69 |

Dated:  April 3, 2014

CECILIA MARCELO
Receipts Administrator